# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL HERNANDEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>ROBERVAL BRAGA LIMA, AS TRUSTEE OF THE ROBERVAL BRAGA LIMA LIVING TRUST D/B/A HALFWAY HOUSE CAFÉ; and DOES 1 to 10,<br><br>    Defendants. | Case No.: 2:24-cv-07857-MWC (ASx)<br><br>**Judgment Re: Default Judgment**<br><br>JS-6 |

    Upon review of the court files, the motion for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that Plaintiff MIGUEL HERNANDEZ shall have JUDGMENT in Plaintiff's favor in the amount of $4,000.00 in statutory damages penalty against Defendant ROBERVAL BRAGA LIMA, AS TRUSTEE OF THE ROBERVAL BRAGA LIMA LIVING TRUST D/B/A HALFWAY HOUSE CAFÉ.

Additionally, Defendant ROBERVAL BRAGA LIMA, AS TRUSTEE OF THE ROBERVAL BRAGA LIMA LIVING TRUST D/B/A HALFWAY HOUSE CAFÉ is ordered to provide an accessible parking space at the property located at or about 15564 Sierra Hwy., Santa Clarita, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

The Court will calculate any attorneys' fees pursuant to the "lodestar" method on a request for attorneys' fees with supporting documentation.

Dated: February 18, 2025

_____
Hon. Michelle Williams Court
United States District Judge